UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1521 FRUITLAND, AVENUE, ATWATER) CALIFORNIA | 1:06SW00147 LJO<br><br>ORDER DIRECTING GOVERNMENT TO RESPOND |

A motion for return of seized property has been filed by Michael Scott Ioane on June 30, 2006. The Declaration of Proof of Service was effective on the United States Attorneys office on June 30, 2006.

The Court hereby orders that the government respond to said motion within 10 days of the date of service of this order.

The Court will deem the motion submitted on the 11th day.

Dated: July 18, 2006          /s/ Lawrence J. O'Neill
                              LAWRENCE J. O'NEILL
                              United States Magistrate Judge

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE

IN THE MATTER OF THE SEARCH OF ) 1:06SW00147 LJO
1521 FRUITLAND AVENUE, ATWATER )
CALIFORNIA                     )
_____)

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, U.S. District Court, Eastern District of California. That on July 18, 2006, the original having been filed, I served a copy of the attached: ORDER DIRECTING GOVERNMENT TO RESPOND, by placing a copy in a postage-paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California, or by placing said copy in an inter-office delivery receptacle located in the Clerk's Office.

**SERVED BY MAIL:**                           **SERVED BY INTER-OFFICE DELIVERY:**

                                                                     US ATTORNEY'S OFFICE:

Michael Scott Ioane                           AUSA Virna Santos
108 E John Street
Carson City, NV 89706

                                                                                                I. Lira, Deputy Clerk

```
***************************************************************
*                  TRANSACTION REPORT                    P. 01 *
*                  ------------------                          *
*                                        JUL-18-2006 TUE 03:03 PM *
*   FOR:                                                       *
*-------------------------------------------------------------*
*  DATE  START      RECEIVER     TX TIME  PAGES TYPE    NOTE      M#  DP *
*-------------------------------------------------------------*
*  JUL-18 03:02 PM  917753311185   44"     2    SEND    OK       511    *
*-------------------------------------------------------------*
*                                TOTAL :  44S   PAGES:  2              *
***************************************************************
```

                    UNITED STATES DISTRICT COURT FOR

                        EASTERN DISTRICT OF CALIFORNIA

                                                    **FILED**
                                                    JUL 1 8 2006
                                          CLERK, U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF CALIFORNIA
                                          BY_____
                                          1:06SW00147  LJO DEPUTY CLERK

    IN THE MATTER OF THE SEARCH OF )
    1521 FRUITLAND, AVENUE, ATWATER)
    CALIFORNIA                     )   ORDER DIRECTING GOVERNMENT
                                   )   TO RESPOND
    _____    )

    A motion for return of seized property has been filed by Michael Scott Ioane on June 30, 2006. The Declaration of Proof of Service was effective on the United States Attorneys office on June 30, 2006.

    The Court hereby orders that the government respond to said motion within 10 days of the date of service of this order.

    The Court will deem the motion submitted on the 11th day.