1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4402
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

JUL 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

**LODGED**

JUL 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | No. 1:06sw00147 LJO |
| 1521 FRUITLAND AVENUE, ) | |
| ATWATER, CALIFORNIA ) | ORDER |
| ) | |
| ) | |
| ) | |

        IT IS HEREBY ORDERED THAT the date for filing the government's brief in response

to the instant motion for return of property is hereby extended to August 30, 2006.

DATED: 7-31-06                          _____
                                        LAWRENCE J. O'NEILL
                                        U.S.Magistrate Judge