JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR-0142-LJO |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MICHAEL S. IOANE, | |
| Defendant. | |

    The defendant Michael S. Ioane, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Mark E. Cullers, hereby stipulate and request that the Court unseal the case, *In the Matter of the Search of 1521 Fruitland Avenue, Atwater, California*, No. 1:06-sw-00147-LJO.  That case involves a search warrant for Mr. Ioane's property that was issued in June 2006.  The search warrant return was filed June 8, 2006.  Because the search occurred more than six years ago and the criminal case is over and is on appeal, the parties agree that case no. 1:06-sw-00147-LJO be unsealed.

///

///

It is so stipulated.

Dated:  June 15, 2012                              Respectfully submitted,

/s/ John Balazs
John Balazs
Attorney for Defendant
Michael S. Ioane

Dated:  June 15, 2012

/s/ Mark Cullers
Mark Cullers
Assistant U.S. Attorney
[signed with permission]

## ORDER

For the reasons set forth above,  case no. 1:06-sw-00147-LJO may be unsealed.

IT IS SO ORDERED.

**Dated:   June 16, 2012**                   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2